No. 490.   MEADOW BROOK CLUB v. UNITED STATES. C. A. 2d Cir.   Certiorari denied.   *John H. Finn* and *William C. Mattison* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.

No. 148, Misc.   HERRING v. ELLIS, GENERAL MANAGER, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.   Court of Criminal Appeals of Texas.   Certiorari denied.   Petitioner *pro se.*   *Will Wilson,* Attorney General of Texas, and *W. V. Geppert* and *George P. Blackburn,* Assistant Attorneys General, for respondents.

No. 244, Misc.   BOYD v. BOMAR, WARDEN.   Supreme Court of Tennessee, Middle Division.   Certiorari denied. *John J. Hooker* for petitioner.   *George F. McCanless,* Attorney General of Tennessee, and *Henry C. Foutch,* Assistant Attorney General, for respondent.

No. 252, Misc.   MARTIN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 359, Misc.   SCHLETTE v. HEINZE, WARDEN, ET AL. C. A. 9th Cir.   Certiorari denied.

No. 372, Misc.   CULLEY v. WARDEN OF MARYLAND HOUSE OF CORRECTION.   Court of Appeals of Maryland. Certiorari denied.